FILED
LODGED
RECEIVED

**MAIL**

# UNITED STATES DISTRICT COURT

## Western District of Washington

SEP 24 2019

Carl A. Wescott

**19-CV-5898** PJB

Case Number:

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Plaintiff

vs.

Jim Upshaw; Upshaw Performance
Systems, Inc.; Chris Patterson; HPA
Mortgage, LLC + DOES 1 to 25

Defendant(s)

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS

Received From
SEATTLE
SEP 25 2019

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Carl A. Wescott _____ declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows: The plaintiff seeks to recover a contractual penalty for breaching a provision of a contract. The plaintiff seeks an accounting on his behalf and also on behalf of investors.

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☐ Yes   Total amount of net monthly salary (take home pay) $ _____

    Name and address of employer _____

☑ No   Date of last employment 2002   Total amount of last ~~net~~ gross monthly salary $ FROM MEMORY APPROXIMATELY $16,666.67

  *

2. If married, is your spouse presently employed?   ☑ Not married

☐ Yes   Total amount of spouse's net monthly salary (take home pay) $ _____

    Name and address of employer _____

☐ No   Date of spouse's last employment _____   Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

a. Business, profession or other self-employment          $ 5,000.00 **
b. Income from rent, interest or dividends                $ _____
c. Pensions, annuities or life insurance payments         $ _____
d. Disability, unemployment, workers compensation or public assistance   $ 2328.00 ***
e. Gifts or inheritances                                  $ _____
f. Money received from child support or alimony           $ _____
g. Describe any other source of income _____    $ _____

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ **156.00** ※※※※    Checking Account $ _____    Savings Account $ _____

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☑ Yes

☐ No

*See attached*                                                                                    $ 

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☑ Yes

☐ No

*Three sons, 13, 11, & 9. Unfortunately, my last child support payment was approximately June 2014*                $ *0*

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

My regular expenses for housing, transportation, utilities were until recently about $3500 per month, but I am locked out of an apartment I was renting and am not currently paying rent. Currently those regular expenses total approximately $1050 per month. I borrow more than $3500 per month from family and friends to survive.          $ 1,050.00

8. Provide any other information that will help explain why you cannot pay court fees and costs.

Please see attached for further disclosures and more detailed explanation.

I declare under penalty of perjury that the foregoing is true and correct.

**9/23/2019**                     *Carl A. Wescott*
**Executed on: (Date)**          **Signature of Plaintiff**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) **Carl A. Wescott**

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

**9/23/2019**                     *Carl A. Wescott*
**Executed on: (Date)**          **Signature of Plaintiff**

Appendix to in Forma Pauperis

### 1) Employment and income

My last full-time job was 2002. I made approximately $200,000 per year salary.

I was self-employed from 2002 and earning income, for the most part, through approximately August 2014.

On September 1st, 2014 my ex-wife rendered me homeless and my circumstances changed.

For the most part, I have been without a proper residence of my own, and for two+ years of the time since 2014, I was in graduate school utilizing federal loans, using the "room and board" provided to survive (I crashed in offices for the plurality of the time, and also lived with a girlfriend for 6 months).

I did rent an apartment on July 22nd but in August I was locked out and illegally constructively evicted, with my possessions stolen.

I have not had a regular source of income for 5 years.

In early 2019, I earned $5,000 as my first income in years (though it cost me and/or will cost me more than the $5,000 to earn and have earned that money).

I am currently on CalFresh/EBT/food stamps, which is the $2328 cited in 3(d).

I expect to be earning income in the near-term and to get off food stamps.

At the moment due to eviction, I am staying with my mother in Scottsdale Arizona.

### 4) Assets

The $156 represents the amounts of cash in hand plus monies in the bank (business account).

I formed an LLC last year, Callister LLC, but only in the last couple weeks was I aware it had been fully formed. I formed a bank account for it last week and it has about $80 in it, which represents the majority of the $156 on hand. I may have a personal bank account in Ecuador which had under $100 in it (Banco Pichincha) last time I checked, in 2011 or so…. But my assumption is that fees ate up whatever small amount I had and that the bank account was closed in 2012 or so.

My ex-wife Monette Stephens and I, directly and through various entities, used to own many properties. We declared chapter 7 in January 2012. Some of our assets were sold by the trustee. My ex-wife got her discharge. I did not. I declared bankruptcy (chapter 7) in November 2016 and this time received a discharge for new debts from 2012 onwards (February 13th, 2017).

Unfortunately, I have significant personal debts that were not extinguished by the chapter 7 due to my not getting my discharge in 2012.

I believe there are up to 5 properties in entities abroad that were owned in Sociedad Anonima in which I or we had former beneficial ownership, but in each case the property formerly owned by each related entity (no tax filings have been made in at least 8 years, and thus all the entities are suspended at best) was underwater (mortgage or liens higher than the value), and/or the entity had debt higher than the value of the property.

I believe my ex-wife has some of the relevant bearer shares to those entities abroad as some or possibly all of them were at our house, 853 Ashbury Street in San Francisco, at the time she rendered me homeless on September 1st, 2014.

I do believe I have significant legal claims, and this filing represents an attempt to begin to climb out of the hole I'm in.

Thanks for your consideration.

Please call me with any questions.

Carl A. Wescott