

September 23rd, 2019

Clerk of the Court
US District Court
Western Division of Washington
700 Stewart Street, Seattle WA 98101

Dear Sir or Madam:

Please find attached a new verified legal complaint (one original and two copies), as well as a verification, a civil cover sheet, and the Declaration and Application to Proceed in Forma Pauperis.

Please file the case in the docket as apropos and kindly return one stamped copy to me at

Carl A. Wescott
8210 east via de la escuela
Scottsdale AZ 85258 (my address through October 28th, 2019)

If you have any questions, please call me at +1 415 335 5000.

Thank you

Carl A. Wescott