**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

September 25, 2019

Carl A Wescott
PO BOX 191906
SAN FRANCISCO, CA 94119

Your civil action <u>Wescott v. Upshaw et al</u> was filed in the U.S. District Clerk's office at Tacoma on September 24, 2019.

Your case has been assigned Case Number **3:19–cv–05898–RJB,** and has been assigned to Judge Robert J. Bryan, Presiding Judge

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

WILLIAM M. MCCOOL, *Clerk*

s/*Deputy Clerk*

cc: file