UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARL A WESCOTT,<br><br>        Plaintiff,<br><br>v.<br><br>JIM UPSHAW, *et al.*,<br><br>        Defendants. | CASE NO. 3:19-cv-05898-RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (no objections to the Report and Recommendation were filed), and the remaining record, does hereby find and **ORDER** that the Report and Recommendation is **ADOPTED** and that the matter is dismissed without prejudice. Plaintiff's *in forma pauperis* application is denied and this matter is dismissed without prejudice for failure to prosecute and to comply with a Court Order. The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

DATED this 7th day of January, 2020.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge