# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>                    Plaintiff,<br><br>   v.<br><br>JIM UPSHAW, *et al.*,<br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 3:19-cv-05898-RJB |

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the matter is dismissed without prejudice and the case should be closed.

Dated January 8, 2020.

                                                   William M. McCool
                                                   Clerk of Court

                                                   s/Emerald R. Ackley
                                                 Deputy Clerk